UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA JEAN MOORE and ROBERT GARVIN MOORE<br><br>                    Debtor(s).<br><br>TERESA JEAN MOORE,<br><br>                    Appellant(s),<br><br>         v.<br><br>U.S. TRUSTEE, ASSOCIATION OF APARTMENT OWNERS OF ALA WAI MANSION, et al.,<br><br>                    Appellee(s). | Case No. 14-13791-ABL<br>Chapter 7<br><br><br><br>Case No. 2:15-CV-1616 JCM<br>Appeal Reference No. 15-34<br><br><br>ORDER |

Presently before the court is the bankruptcy appeal of *In Re: Moore* case number 2:15-cv-01616-JCM.

The notice of appeal was filed in this case on August 20, 2015, (doc. #1) and the certificate of the bankruptcy record on appeal was filed on September 14, 2015. (Doc. #4). On September 15, 2015, the court set a briefing schedule and ordered appellant to file its opening brief by October 2, 2015. (Doc. #5). To date, the parties have failed to comply with the court's order.

This court maintains local rules that govern bankruptcy proceedings. Local rule 8070 states:

> "The Court may dismiss the appeal, impose sanctions, or both under circumstances indicated below.  This Rule may be invoked on motion of a party or by the Court on its own motion after notice to the parties:
>
> a) When an appellant fails to timely file a designation of the reporter's transcript, designation of record, statement of issues and/or brief; file the excerpts of record; or otherwise comply with Rules and order governing the processing of bankruptcy appeals. . . ."

**James C. Mahan**
**U.S. District Judge**

1        The parties are hereby notified that pursuant to Local Rule 8070, the court will dismiss this matter for non-prosecution fourteen (14) days after the date of this order. The parties may respond to this notice and proceed with this matter by filing an opening brief.

       Accordingly,

       IT IS ORDERED, ADJUDGED, AND DECREED that the parties are notified that this case will be dismissed in fourteen (14) days for non-prosecution.

       DATED April 1, 2016.

                                                                             UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**