UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERESA JEAN MOORE and ROBERT GARVIN MOORE<br><br>Debtor(s). | Case No. 14-13791-ABL<br>Chapter 7 |
| TERESA JEAN MOORE,<br><br>Appellant(s),<br><br>v.<br><br>U.S. TRUSTEE, ASSOCIATION OF APARTMENT OWNERS OF ALA WAI MANSION, et al.,<br><br>Appellee(s). | Case No. 2:15-CV-1616 JCM<br>Appeal Reference No. 15-34<br><br>ORDER |

Presently before the court is the bankruptcy appeal of *In Re: Moore*, case number 2:15-cv-01616-JCM.

On April 1, 2016, this court entered an order notifying the parties that, pursuant to Local Rule 8070, the court would dismiss this matter for non-prosecution in fourteen days if they did not proceed with this matter by filing an opening brief. To date, the parties have failed to comply with the court's order.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the parties are notified that the case of *In Re: Moore*, case number 2:15-cv-01616-JCM, is DISMISSED, without prejudice.

The clerk is instructed to close the case.

DATED April 27, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**